■ DIAMOND ROOFING CO., INC., Respondent, v PCL PROPERTIES, LLC, Appellant. (Appeal No. 3.) [60 NYS3d 899]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered January 20, 2017. The order denied the motion of defendant to renew.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Abasciano v Dandrea*, 83 AD3d 1542, 1545 [2011]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.

■ In the Matter of NAKWON FOXWORTH, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [60 NYS3d 897]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Michael M. Mohun, A.J.], entered February 8, 2017) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., DeJoseph, Curran, Troutman and Winslow, JJ.